No. 584. ERIE RAILROAD COMPANY, PLAINTIFF IN ERROR, *v.* GEORGE PROWSKI, AS ADMINISTRATOR, ETC. In error to the Supreme Court of the State of New York. February 21, 1916. Dismissed with costs, on motion of counsel for the plaintiff in error. *Mr. George F. Brownell* for the plaintiff in error. No appearance for the defendant in error.

---

No. 243. THE CURTICE BROTHERS COMPANY, APPELLANT, *v.* HARRY E. BARNARD ET AL. Appeal from the United States Circuit Court of Appeals for the Seventh Circuit. February 23, 1916. Dismissed without costs to either party, per stipulation of counsel. *Mr. Lawrence Maxwell* for the appellant. *Mr. Bert Winters* for the appellees.

---

No. 13, Original. THE STATE OF SOUTH DAKOTA, COMPLAINANT, *v.* CHARLES H. CASSILL. February 29, 1916. Dismissed per stipulation of counsel. *Mr. Clarence C. Caldwell, Mr. Edward E. Wagner* and *Mr. Robert J. Gamble* for the complainant. *Mr. Charles H. Cassill, pro se.*

---

No. 298. NORTHERN EXPRESS COMPANY, PLAINTIFF IN ERROR, *v.* THE STATE OF WASHINGTON. In error to the Supreme Court of the State of Washington. February 29, 1916. Dismissed with costs, on motion of counsel for the plaintiff in error. *Mr. Charles W. Bunn* for the plaintiff in error. *Mr. W. V. Tanner* for the defendant in error.

---

No. 10. JOE JUDGE AND M. BUNTING, PLAINTIFFS IN ERROR, *v.* FRANK M. POWERS, JUDGE, ETC., ET AL. In er-

ror to the Supreme Court of the State of Iowa.   March 2, 1916.   Dismissed with costs, on motion of *Mr. Frederick S. Tyler* for the plaintiffs in error.   *Mr. B. I. Salinger* and *Mr. Frederick S. Tyler* for the plaintiffs in error.   No appearance for the defendants in error.

---

No. 267. NATIONAL SURETY COMPANY ET AL., PLAINTIFFS IN ERROR, *v.* THE UNITED STATES TO THE USE OF J. A. HOLLINGER ET AL.   In error to the United States Circuit Court of Appeals for the Third Circuit.   March 6, 1916.   Dismissed with costs, on motion of counsel for the plaintiff in error.   *Mr. A. C. Stamm* for the plaintiffs in error.   *Mr. John E. Fox* for the defendants in error.

---

No. 221. WILLIAM A. STOWE, PLAINTIFF IN ERROR, *v.* EMMA F. TAYLOR.   In error to the Superior Court of the State of Massachusetts.   March 8, 1916.   Dismissed with costs, on motion of counsel for the plaintiff in error. *Mr. Hollis R. Bailey* for the plaintiff in error.   *Mr. James H. Veahey* for the defendant in error.

---

No. 297. J. F. CUNNINGHAM, APPELLANT, *v.* J. P. FLOURNOY, SHERIFF, ETC., ET AL.   Appeal from the District Court of the United States for the Western District of Louisiana.   March 14, 1916.   Dismissed with costs, pursuant to the tenth rule.   *Mr. Taliaferro Alexander* for the appellant.   No appearance for the appellees.

---

No. 304. MASSACHUSETTS BONDING & INSURANCE COMPANY, PLAINTIFF IN ERROR, *v.* REALTY TRUST COM-